ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Engility LLC | ) ASBCA No. 61281 |
| | ) |
| Under Contract Nos. DASC01-99-D-0001 | ) |
| W911W4-04-D-0005 | ) |

APPEARANCES FOR THE APPELLANT:   Kara M. Sacilotto, Esq.
   Gary S. Ward, Esq.
    Wiley Rein LLP
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
    Army Chief Trial Attorney
   Dana J. Chase, Esq.
   MAJ Greg O'Malley, JA
   MAJ Bruce H. Robinson, JA
    Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 11, 2020

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61281, Appeal of Engility LLC, rendered in conformance with the Board's Charter.

Dated: August 12, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals